No. 83–5716.    CORN v. ZANT, WARDEN, 467 U. S. 1220.    Petition for rehearing denied.    JUSTICE POWELL would defer action

on the petition pending decision by the Court in No. 83–1590, *Francis* v. *Franklin* [certiorari granted, 467 U. S. 1225].